THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 24, 2010

_____
Honorable Pamela Pepper
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In re: | Chapter 13 |
| Michael Loiacono and Jacqueline R. Loiacono | Case No. 06-26646-PP |
| Debtor(s) | |

**ORDER GRANTING MOTION OF UNIVERSAL MORTGAGE CORPORATION**
**FOR MODIFICATION OF AUTOMATIC STAY**

Pursuant to the motion of Universal Mortgage Corporation, the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively "the movant"), and there being no opposition thereto,

IT IS HEREBY ORDERED that said motion is in all respects granted including the movant's request for an award of its legal fees and costs in the amount of $500.00 and the automatic stay is modified to allow the movant to offer and pursue loss mitigation and work out alternatives with the debtor(s) with respect to the property located at 7636 Stonewood Circle, Franklin, WI 53132.

IT IS FURTHER ORDERED that this order shall be effective immediately upon its entry.

#####

**Drafted by:**
Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151
Phone: (414) 224-8404
Fax:    (414) 224-1279
Email: jpitner@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt on its client's behalf and any information it obtains will be used for that purpose.  If you previously received a discharge in a chapter 7 bankruptcy case, this should not be construed as an attempt to hold you personally liable for the debt.